**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **FARLYN BOWEN, III** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:21-cv-1076** |
| | § | |
| **WELLS FARGO BANK, LTD.,** | § | |
| **WELLS FARGO BANK, NA,** | § | |
| **WELLS FARGO & COMPANY, AND** | § | |
| **NCR CORPORATION** | § | |
| **Defendants** | § | **Jury Requested** |

## DEFENDANTS WELLS FARGO BANK, LTD., WELLS FARGO, N.A. AND WELLS FARGO & COMPANY'S INDEX OF REMOVAL DOCUMENTS ACCOMPANYING INITIAL NOTICE OF REMOVAL

1. Index of Removal Documents.

2. Copy of State Court Docket Sheet as of November 2, 2021, and copies of pleadings filed in State Court proceeding, specifically (*this Docket Sheet as of November 2, 2021 does not reflect all recently filed documents):

   a. Plaintiff's Original Petition filed August 30, 2021;
   b. Request for Service and Process filed September 9, 2021
   c. Citations: Wells Fargo Bank Ltd; Wells Fargo Bank, NA; Wells Fargo & Company and NCR Corporation filed on September 22, 2021;
   d. Return of Service –Successful NCR filed on September 24, 2021
   e. Return of Service Successful -Wells Fargo & Company filed on September 24, 2021
   f. Jury Demand and Jury Fee Paid
   g. Defendant NCR Corporation's  Answer filed October 15, 2021
   h. Defendant NCR Corporation's First Amended Answer and Affirmative Defenses to Plaintiff Farlyn Bowen, III filed October 18, 2021;
   i. Defendant Wells Fargo Bank, N.A.'s Original Answer and Notice of Intent to Use Unfiled Discovery filed October 22, 2021;
   j. Return of Service Successful -Wells Fargo Bank, N.A.
   k. Return of Service Successful- Wells Fargo Bank, Ltd.
   l. Defendant Wells Fargo Bank, N.A's Cross-Action against NCR Corporation filed October 29, 2021; and

3. Notice of Removal to Plaintiff.

4.   Notice of Removal to State Court.

5.   List of Counsel of Record.

Respectfully submitted,

*/s/ Kristina Fernandez*

_____
Kristina Fernandez
Federal I.D. No. 23651
State Bar No. 24010021
Patrick Wolter
Federal I.D. No. 10261
State Bar No. 21873100
E-Service:
pwolter@dakpc.com
kfernandez@dakpc.com
and
dakefilesvc@dakpc.com

ATTORNEYS-IN-CHARGE FOR
DEFENDANT WELLS FARGO BANK, N.A.,
WELLS FARGO BANK, LTD AND WELLS FARGO &
COMPANY

OF COUNSEL:

DONNELL, KIESCHNICK, WOLTER & GAMEZ, P.C.
555 North Carancahua, Suite 400 – 78401-0817
Post Office Box 2624 – 78403-2624
Corpus Christi, Texas
Telephone No.:   (361) 888-5551
Telecopier No.:  (361) 880-5618

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded Electronically and/or by Telecopier, to the parties listed below, on this the 2nd day of November 2021.

Alisha D. Bond
Shumway Van
13750 San Pedro Avenue, Suite 810
San Antonio, Texas 78232
Telephone: (210) 503-2800
Telecopier: (210) 503-2888
E-Mail/E-Service: abond@shumwayvan.com

Wesson H. Tribble
Andrew D. VanVelzel
Tribble Ross
6371 Richmond Avenue
Houston, Texas 77057
Telephone: (713) 622-0444
Telecopier: (713) 622-0555
E-Mail/E-Service: wtribble@tribblelawfirm.com
and avanvelzel@tribblelawfirm.com

*/s/ Kristina Fernandez*
_____
Kristina Fernandez