UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FARLYN BOWEN, III | § | |
|    Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:21-cv-1076 |
| | § | |
| WELLS FARGO BANK, LTD., | § | |
| WELLS FARGO BANK, NA, | § | |
| WELLS FARGO & COMPANY, AND | § | |
| NCR CORPORATION | § | |
|    Defendants | § | Jury Requested |

## DEFENDANTS WELLS FARGO BANK LTD., WELLS FARGO BANK, N.A. AND WELLS FARGO & COMPANY'S NOTICE TO PLAINTIFF OF REMOVAL

TO:   Plaintiff, Farlyn Bowen, III, by and through his attorney of record, Alisha D. Bond, Shumway Van, 13750 San Pedro Avenue, Suite 810, San Antonio, Texas 78232.

PLEASE TAKE NOTICE that Defendants Wells Fargo Bank, Ltd, Wells Fargo Bank, N.A. and Wells Fargo & Company, have filed their Notice of Removal in the United States District Court for the Western District of Texas, San Antonio Division, for removal of the action commenced by Plaintiff Farlyn Bowen, III, in the 73rd District Court of Bexar County, Texas, Cause Number 2021CI17893.

A copy of the Notice of Removal is attached hereto and herewith served upon you.

                                                                        Respectfully submitted,

                                                                        */s/ Kristina Fernandez*

                                                                        _____
                                                                        Kristina Fernandez
                                                                        Federal I.D. No. 23651
                                                                        State Bar No. 24010021
                                                                        Patrick Wolter
                                                                        Federal I.D. No. 10261
                                                                        State Bar No. 21873100
                                                                        E-Service:
                                                                        pwolter@dakpc.com
                                                                        kfernandez@dakpc.com

       and
       dakefilesvc@dakpc.com
       ATTORNEYS-IN-CHARGE FOR
       DEFENDANT WELLS FARGO BANK, N.A.

OF COUNSEL:

DONNELL, KIESCHNICK, WOLTER & GAMEZ, P.C.
555 North Carancahua, Suite 400 – 78401-0817
Post Office Box 2624 – 78403-2624
Corpus Christi, Texas
Telephone No.:  (361) 888-5551
Telecopier No.:  (361) 880-5618

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded Electronically and/or by Telecopier, to the parties listed below, on this the 2nd day of November 2021.

    Alisha D. Bond
    Shumway Van
    13750 San Pedro Avenue, Suite 810
    San Antonio, Texas 78232
    Telephone: (210) 503-2800
    Telecopier: (210) 503-2888
    E-Mail/E-Service: abond@shumwayvan.com

    Wesson H. Tribble
    Andrew D. VanVelzel
    Tribble Ross
    6371 Richmond Avenue
    Houston, Texas 77057
    Telephone: (713) 622-0444
    Telecopier: (713) 622-0555
    E-Mail/E-Service: wtribble@tribblelawfirm.com
    and avanvelzel@tribblelawfirm.com

       */s/ Kristina Fernandez*
       _____
       Kristina Fernandez