## CAUSE NO. 2021CI17893

| | | |
|---|---|---|
| **FARLYN BOWEN, III** | § § § | **IN THE DISTRICT COURT** |
| **v.** | § § § | **73RD JUDICIAL DISTRICT** |
| **WELLS FARGO BANK, LTD.,** **WELLS FARGO BANK, NA,** **WELLS FARGO & COMPANY, AND** **NCR CORPORATION** | § § § § | **BEXAR COUNTY, TEXAS** |

## DEFENDANT WELLS FARGO BANK, N.A.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Wells Fargo Bank, N.A., Defendant in the above-referenced cause and files this its Notice of Removal.

1. PLEASE TAKE NOTICE that Defendant Wells Fargo Bank, N.A., pursuant to applicable law, filed with the Clerk of the United States for the Western District of Texas, San Antonio Division, a Notice of Removal, a copy of which is attached to and herewith filed with this document, and that this action is removed to the United States District Court as of today, November 2, 2021. This Court is respectfully requested to proceed no further in this action unless and until such time as the action may be remanded by order of the United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,

*/s/ Kristina Fernandez*
_____
Kristina Fernandez
Federal I.D. No. 23651
State Bar No. 24010021
Patrick Wolter
Federal I.D. No. 10261
State Bar No. 21873100
E-Service:

pwolter@dakpc.com
and
dakefilesvc@dakpc.com

ATTORNEYS-IN-CHARGE FOR
DEFENDANT WELLS FARGO BANK, N.A.

OF COUNSEL:

DONNELL, KIESCHNICK, WOLTER & GAMEZ, P.C.
555 North Carancahua, Suite 400 – 78401-0817
Post Office Box 2624 – 78403-2624
Corpus Christi, Texas
Telephone No.:  (361) 888-5551
Telecopier No.:  (361) 880-5618

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded Electronically and/or by Telecopier, to the parties listed below, on this the 2nd day of November 2021.

Alisha D. Bond
Shumway Van
13750 San Pedro Avenue, Suite 810
San Antonio, Texas 78232
Telephone: (210) 503-2800
Telecopier: (210) 503-2888
E-Mail/E-Service: abond@shumwayvan.com

Wesson H. Tribble
Andrew D. VanVelzel
Tribble Ross
6371 Richmond Avenue
Houston, Texas 77057
Telephone: (713) 622-0444
Telecopier: (713) 622-0555
E-Mail/E-Service: wtribble@tribblelawfirm.com
and avanvelzel@tribblelawfirm.com

*/s/ Kristina Fernandez*
_____
Kristina Fernandez