**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **FARLYN BOWEN, III** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:21-cv-1076** |
| | § | |
| **WELLS FARGO BANK, LTD.,** | § | |
| **WELLS FARGO BANK, NA,** | § | |
| **WELLS FARGO & COMPANY, AND** | § | |
| **NCR CORPORATION** | § | |
| **Defendants** | § | **Jury Requested** |

## <u>COUNSEL OF RECORD</u>

(1)     Alisha D. Bond
        Federal ID No. Unknown at this time
        State Bar ID No. 241004660
        Shumway Van
        13750 San Pedro Avenue, Suite 810
        San Antonio, Texas 78232
        Telephone: (210) 503-2800
        Telecopier: (210) 503-2888
        E-Mail/E-Service: abond@shumwayvan.com

    **ATTORNEYS FOR PLAINTIFF FARLYN BOWEN, III**

(2)     Patrick Wolter
        Federal ID No. 10261
        State Bar ID No. 21873100
        Kristina Fernandez
        Federal ID No. 23651
        State Bar No. 24010021
        Donnell, Kieschnick, Wolter & Gamez, P.C
        555 N. Carancahua, Suite 400 – 78401-0817
        P.O. Box 2624 – 78403-2624
        Telephone No.:  (361) 888-5551
        Telecopier No.:  (361) 880-5618
        E-Mail/E-Service: pwolter@dakpc.com and dakefilesvc@dakpc.com

    **ATTORNEYS FOR DEFENDANT WELLS FARGO BANK, LTD., WELLS FARGO BANK N.A., AND WELLS FARGO & COMPANY**

(3)     Wesson H. Tribble
        Federal ID No. Unknown at this time
        State Bar ID No. 20213960
        Andrew D. VanVelzel
        Federal ID No. Unknown at this time
        State Bar ID No. 24084007
        Brock Guerra Strandmo Dimaline Jones, P.C.
        17339 Redland Road
        San Antonio, Texas 78247
        Telephone No.: (210) 979-0100
        Telecopier No.: (210) 979-7810
        Email/E-Service: wtribble@tribblelawfirm.com
        and avanvelzel@tribblelawfirm.com

        **ATTORNEYS FOR DEFENDANT NCR CORPORATION**

                        Respectfully submitted,

                        */s/ Kristina Fernandez*
                        _____
                        Kristina Fernandez
                        Federal I.D. No. 23651
                        State Bar No. 24010021
                        Patrick Wolter
                        Federal I.D. No. 10261
                        State Bar No. 21873100
                        E-Service:
                        pwolter@dakpc.com
                        kfernandez@dakpc.com
                        and
                        dakefilesvc@dakpc.com

                        ATTORNEYS-IN-CHARGE FOR
                        DEFENDANTS WELLS FARGO BANK, LTD.,
                        WELLS FARGO BANK, N.A., AND WELLS FARGO
                        & COMPANY

OF COUNSEL:

DONNELL, KIESCHNICK, WOLTER & GAMEZ, P.C.
555 North Carancahua, Suite 400 – 78401-0817
Post Office Box 2624 – 78403-2624
Corpus Christi, Texas
Telephone No.:  (361) 888-5551
Telecopier No.:  (361) 880-5618

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded Electronically and/or by Telecopier, to the parties listed below, on this the 2nd day of November 2021.

Alisha D. Bond
Shumway Van
13750 San Pedro Avenue, Suite 810
San Antonio, Texas 78232
Telephone: (210) 503-2800
Telecopier: (210) 503-2888
E-Mail/E-Service: abond@shumwayvan.com

Wesson H. Tribble
Andrew D. VanVelzel
Tribble Ross
6371 Richmond Avenue
Houston, Texas 77057
Telephone: (713) 622-0444
Telecopier: (713) 622-0555
E-Mail/E-Service: wtribble@tribblelawfirm.com
and avanvelzel@tribblelawfirm.com

*/s/ Kristina Fernandez*
_____
Kristina Fernandez